**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
OMAR NAGY, ESQ.
Nevada Bar No. 15293
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Wal-Mart, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARIA DELCARMEN GONZALEZ,

     Plaintiff,

v.

WAL-MART, INC., a Delaware Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,

    Defendants.

CASE NO.: 2:24-cv-00184-JAD-BNW

**STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

ECF No. 19

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MARIA DELCARMEN GONZALEZ, and Defendant WAL-MART, INC., by and through their respective counsel of record, that the claims asserted by MARIA DELCARMEN GONZALEZ, against Defendant WAL-MART, INC. be dismissed in their entirety, with prejudice, the parties each to bear their own costs and fees.

. . .

. . .

. . .

. . .

. . .

. . .

KB/20147-105

1    The parties request that all pending deadlines, hearings, and trial date currently set in this

2    case be VACATED.

3

4    DATED this __31__ day of December, 2024.    DATED this _30_ day of December, 2024.

5    HALL & EVANS, LLC.    GOLIGHTLY & VANNAH, PLLC

6

7

8    _____    _____
     KURT R. BONDS, ESQ.    John B. Greene, Esq.

9    Nevada Bar #6228    Robert D. Vannah, Esq.
     OMAR NAGY, ESQ.    5555 Kietzke Lane, Suite 150

10   Nevada Bar #15293    Reno, NV 89511
     1160 North Town Center Drive    jgreene@vannahlaw.com

11   Suite 330    Attorneys for Plaintiff
     Las Vegas, Nevada 89144

12   (702) 998-1022
     nvefile@hallevans.com

13   Attorneys for *Defendant Wal-Mart Stores,*

14   *Inc.*

15                           **ORDER**

16       Based on the parties' stipulation **[ECF No. 19]** and good cause appearing, IT

17   IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each

18   side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE**

19   **THIS CASE**.

20   _____
     U.S. District Judge Jennifer A. Dorsey

21   Dated: December 31, 2024

22

23

24

25

26

27

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

KB/20147-105